**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1710**

---

PATRICIA F. APPLEGATE, R.N.,

Plaintiff - Appellant,

versus

JOHN MICHAEL FRAY, Phd.; ROBERT S. BOYD,
Reverend; THE EPISCOPAL DIOCESE OF VIRGINIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-95-814)

---

Submitted: October 3, 1996          Decided: October 9, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patricia F. Applegate, Appellant Pro Se. Sandra Morris Holleran, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia; Roger Louis Williams, WILLIAMS, BUTLER & PIERCE, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders granting Defendants' motions for summary judgment, dismissing her action, and denying her motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant in forma pauperis status and affirm on the reasoning of the district court. Applegate v. Fray, No. CA-95-814 (E.D. Va. Apr. 19 & May 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED